01
02
03
04
05

06                     UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08   UNITED STATES OF AMERICA,              )
                                            )   CASE NO. MJ22-380
09           Plaintiff,                     )
                                            )
10           v.                             )
                                            )   DETENTION ORDER
11   CALVIN LUARCA,                         )
                                            )
12           Defendant.                     )
     _____    )

13
14

Date of Detention Hearing:    August 17, 2022.
15
            The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3143, and
16
     based upon the factual findings and statement of reasons for detention hereafter set forth, finds
17
     that no condition or combination of conditions which defendant can meet will reasonably assure
18
     the appearance of defendant as required and the safety of other persons and the community.
19
            FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION
20
            1.      Defendant is alleged to have tampered with his electronic monitoring bracelet
21
     and absconded, committed burglary and assault, and violated a no contact order.
22

DETENTION ORDER
PAGE -1

01      2.      Defendant is alleged to have absconded from supervision and committed a

02  violent crime.   Defendant has a prior conviction for robbery. Defendant does not contest

03  detention at this time.

04      3.      There does not appear to be any condition or combination of conditions that will

05  reasonably assure the defendant's appearance at future Court hearings while addressing the

06  danger to other persons or the community.

07  It is therefore ORDERED:

08  1.  Defendant shall be detained pending transfer to the District of Oregon, and committed to

09      the custody of the Attorney General for confinement in a correction facility, to the extent

10      practicable, from persons awaiting or serving sentences or being held in custody pending

11      appeal;

12  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

13  3.  On order of the United States or on request of an attorney for the Government, the person

14      in charge of the corrections facility in which defendant is confined shall deliver the

15      defendant to a United States Marshal for the purpose of an appearance in connection with a

16      court proceeding; and

17  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

18      the defendant, to the United States Marshal, and to the United State Probation Services

19

20

21

22

DETENTION ORDER
PAGE -2

01   Officer.

02      DATED this 18th day of August, 2022.

03

04                         S. KATE VAUGHAN
                         United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3